**EXHIBIT B**

| Arcus '796 Patent - Claim 1 | Scent Crusher Grenade |
|---|---|
| An air movement visualization device for use in hunting or shooting activities, said air movement visualization device comprising: <br><br> a flexible bulb for producing air flow when squeezed; and <br><br> a custom E-Cig component partially received in said bulb and partially extending out of said bulb, <br><br> wherein said custom E-Cig component includes – <br><br> a smoke producing fluid; <br><br> a resistance heating device for producing smoke from said smoke producing fluid, <br><br> a battery for powering said resistance heating device, <br><br> a switch for activating said resistance heating device in response to said flexible bulb being squeezed, and <br><br> a smoke outlet for discharging smoke produced from said smoke producing fluid when said flexible bulb is squeezed. |  |

**EXHIBIT B**

| Arcus '796 Patent - Claim 7 | Scent Crusher Grenade |
|---|---|
| A hunting or shooting method comprising: | The new Scent Crusher® Grenade is a scentless vapor wind detector. This easy-to-use hand held system emits an air vapor for visual wind detection. Simply squeeze to see what direction the wind is blowing. |
| (a) providing an air movement visualization device comprising a flexible bulb and an electronic smoke-producing component, wherein said electronic smoke-producing component has a lower end received in said flexible bulb and an upper end extending out of said flexible bulb; | Air movement visualization device / Electronic smoke-producing component, with a lower end received in the flexible bulb and an upper end extending out of the flexible bulb / Flexible bulb |
| (b) squeezing said flexible bulb to thereby cause said electronic smoke-producing component to produce a smoke; and<br><br>(c) viewing said smoke to determine wind direction. | The electronic smoke-producing component produces smoke when the flexible bulb is squeezed. The smoke can then be viewed to determine wind direction |

**EXHIBIT B**

| Arcus '796 Patent - Claim 13 | Scent Crusher Grenade |
|---|---|
| 13. An air movement visualization device for use in hunting or shooting activities, said air movement visualization device comprising:<br><br>a liquid reservoir for holding a smoke producing fluid;<br><br>a resistance heating device for producing smoke from said smoke producing fluid;<br>a battery for powering said resistance heating device;<br><br>a switch for controlling power from said battery to said resistance heating device;<br><br>a smoke outlet for discharging smoke produced from said smoke producing fluid; and<br><br>a manually deformable air actuator for causing air flow through said device and out said smoke outlet when said air actuator is manually pressed or squeezed,<br><br>wherein actuation of said switch and said air actuator at the same time causes smoke to be produced and carried out of said device through said smoke outlet. | <br>The new Scent Crusher® Grenade is a scentless vapor wind detector. This easy-to-use hand held system emits an air vapor for visual wind detection. Simply squeeze to see what direction the wind is blowing.<br><br>Manually deformable air actuator causes air to flow when squeezed<br><br>Liquid reservoir holding a smoke producing fluid<br><br>Switch — Battery — Resistance heating device — Smoke outlet<br><br><br>Actuation of the air actuator causes air to flow through the device, which simultaneously actuates the switch to cause smoke to be produced and carried out of the device |

**EXHIBIT B**

| Arcus '796 Patent - Claim 20 | Scent Crusher Grenade |
|---|---|
| 20. An air movement visualization device for use in hunting or shooting activities, said air movement visualization device comprising:<br><br>a deformable vessel for generating an air flow when deformed; and<br><br>a power and vapor assembly at least partially received in said vessel and partially extending out of said vessel,<br><br>wherein said power and vapor assembly includes—<br><br>a vaporizable agent,<br><br>a vaporizing element for vaporizing said vaporizable agent to produce visible vapor,<br><br>a battery for powering said vaporizing element,<br><br>a switch for selectively connecting said vaporizing element to said battery, and<br><br>a vapor discharge for discharging visible vapor vaporized from said vaporizable agent when said vessel is deformed. | The new Scent Crusher® Grenade is a scentless vapor wind detector. This easy-to-use hand held system emits an air vapor for visual wind detection. Simply squeeze to see what direction the wind is blowing.<br><br>Labels: Air movement visualization device; Power and vapor assembly, partially received in the vessel and partially extending out of the vessel; Deformable vessel; Power and vapor assembly; Switch; Battery; Vaporizing element; Vaporizable agent; Vapor discharge |