### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ARCUS HUNTING, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MOJACK DISTRIBUTORS, LLC,<br><br>　　　　Defendant. | Case No. 2:17-cv-02583-JAR-KGG |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Arcus Hunting, LLC and Defendant MoJack Distributors, LLC, by and through their respective undersigned counsel, jointly stipulate to the dismissal of this action. All claims and counterclaims asserted in this action are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees in this action.

Date: **March 14, 2018**

Respectfully Submitted,

*/s/ Kameron D. Kelly/*

Kameron D. Kelly, KS Bar No. 19900
kkelly@hoveywilliams.com
Scott R. Brown, KS Bar No. 23395
sbrown@hoveywilliams.com
Matthew B. Walters, KS Bar No. 23514
mwalters@hoveywilliams.com
HOVEY WILLIAMS LLP
10801 Mastin Boulevard, Suite 1000
84 Corporate Woods
Overland Park, Kansas 66210
(913) 647-9050   Fax: (913) 647-9057

Respectfully Submitted,

*/s/ K. L. Little/*

Kevin S. Tuttle, D. Kan. No. 78436
ktuttle@spencerfane.com
Kyle L. Elliott, KS Bar No. 18169
kelliott@spencerfane.com
Douglas M. Weems, KS Bar No. 14771
dweems@spencerfane.com
Chinenye Okafor, D. Kan. No. 78726
cokafor@spencerfane.com
SPENCER FANE LLP - KC
1000 Walnut Street, Suite 1400
Kansas City, MO 64106

**CERTIFICATE OF SERVICE**

  I certify that, on March 14, 2017, a true copy of the foregoing document was filed electronically via this Court's CM/ECF system which served a copy on the following:

| | |
|---|---|
| Kevin S. Tuttle | Email: ktuttle@spencerfane.com |
| Kyle L. Elliott | Email: kelliott@spencerfane.com |
| Douglas M. Weems | Email: dweems@spencerfane.com |
| Chinenye Okafor | Email: cokafor@spencerfane.com |

SPENCER FANE LLP - KC
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
816-474-8100  Fax: 816-474-3216

ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT

            s/ *Kameron D. Kelly*